UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

STATEMENT OF UNDISTRIBUTED BALANCE

In the Matter of:                    Case Number 09-17636 JHW

Debtor: Stephanie J. & Charles Newman

| Check Number | Creditor | Amount |
|---|---|---|
| 1693957 | PHH Mortgage Corporation | 2006.96 |

*/s/ Isabel C. Balboa*
Isabel C. Balboa
Chapter 13 Standing Trustee

Dated:   June 8, 2010